SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANA J. DUNWOODY, Cal. Bar No. 119696
SHANNA M. PEARCE, Cal. Bar No. 272430
12275 El Camino Real, Suite 200,
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
Email: ddunwoody@sheppardmullin.com
 spearce@sheppardmullin.com

P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 228-3700
Facsimile: (310) 229-3701
Email: ccardon@sheppardmullin.com
 baigboboh@sheppardmullin.com

Attorneys for Defendant NORDSTROM, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRANCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC.,<br><br>Defendant. | Case No.: 3:14-cv-02062-MMA-AGS<br><br>**FEE STATEMENT OF NORDSTROM, INC. IN CONNECTION WITH MOTION TO COMPEL** |

# **FEE STATEMENT**

Defendant Nordstrom, Inc. ("Nordstrom") submits this fee statement in response to this Court's decision on June 14, 2017 granting in part and denying in part Nordstrom's oral Motion to Compel ("Motion," Dkt. No. 87).

The rates billed to Nordstrom by its counsel in this matter, Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin") are reasonable and competitive among peer firms for attorneys of equivalent experience. *See* Declaration of Keri Gavin, ¶¶ 1-4, Exh. A.

The declarations of Sheppard Mullin attorneys attached hereto identify the hours spent, and detail the activities performed, by each attorney in support of the meet and confer efforts, Motion briefing, and the Motion hearing. In total, Nordstrom incurred attorney fees of $16,103.70 in support of meet and confer efforts (which includes legal research ultimately incorporated into the Motion to Compel briefs), $37,686.60 briefing the Motion to Compel, and $4,765.95 in connection with the Motion to Compel hearing, for a grand total of $58,556.25. *See* Declaration of P. Craig Cardon; Declaration of Dana J. Dunwoody; Declaration of Shanna M. Pearce; and Declaration of Eric J. DiIulio, attached.

Dated: June 21, 2017   SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   */s/ Shanna M. Pearce*
SHANNA M. PEARCE
Attorneys for Defendant
NORDSTROM, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 21, 2017 to all counsel who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/Shanna M. Pearce
SHANNA M. PEARCE (SBN 272430)
E-mail: spearce@sheppardmullin.com