SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANA J. DUNWOODY, Cal. Bar No. 119696
SHANNA M. PEARCE, Cal. Bar No. 272430
12275 El Camino Real, Suite 200,
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
Email: ddunwoody@sheppardmullin.com
 spearce@sheppardmullin.com

P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 228-3700
Facsimile: (310) 229-3701
Email: ccardon@sheppardmullin.com
 baigboboh@sheppardmullin.com

Attorneys for Defendant NORDSTROM, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRANCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC.,<br><br>Defendant. | Case No.: 3:14-cv-02062-MMA-AGS<br><br>**DECLARATION OF KERI S. GAVIN IN SUPPORT OF DEFENDANT NORDSTROM, INC.'S FEE STATEMENT** |

# DECLARATION OF KERI S. GAVIN

I, Keri S. Gavin, hereby declare as follows:

1. I am Chief Practice Management Officer for the law firm of Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendant Nordstrom, Inc. in this case. I have personal knowledge of the facts stated in this declaration and could testify competently to them.

2. In the regular course of my job duties, I review a variety of market surveys compiled by industry leaders, including Thomson Reuters' Peer Monitor, for peer groups such as the AmLaw 100.

3. Attached as **Exhibit A** to this declaration is a chart I prepared from the 2017 Peer Monitor survey data. The Peer Monitor survey data shows the median standard rates charged by participating AmLaw 100 firms for partners and associates of varying years of experience, restricted to the California Litigation market. The Peer Monitor AmLaw 100 group includes 55 participating firms, including Sheppard, Mullin, Richter & Hampton, LLP.

4. As part of my regular job duties, I maintain the billing rates for Sheppard, Mullin, Richter & Hampton LLP's attorneys and other timekeepers. Also shown within the chart of Exhibit A of this declaration are the 2017 rates charged in this case by P. Craig Cardon, Dana J. Dunwoody, Shanna M. Pearce, and Eric J. DiIulio.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/20/17

By _____
Keri S. Gavin

# EXHIBIT A

**Exhibit A**

| Attorney Name | Title | Experience Level | Sheppard Client Rate | Group Rate[1] | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | San Diego | Los Angeles | San Francisco |
| P. Craig Cardon | Partner | 23 Years | $715.50 | -- | $778.00 | -- |
| Dana J. Dunwoody | Partner | 31 Years | $675.00 | $782.00 | -- | -- |
| Shanna M. Pearce | Associate | 2010 Grad | $558.00 | $650.00 | -- | -- |
| Eric J. DiIulio | Associate | 2014 Grad | $414.00 | -- | -- | $468.00 |

[1]*Median agreed (client) rates for calendar 2017, as reported in Thomson Reuters' Peer Monitor database for the AmLaw 100 group (55 participating firms) for San Diego, Los Angeles, and San Francisco Litigation attorneys.*