SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANA J. DUNWOODY, Cal. Bar No. 119696
SHANNA M. PEARCE, Cal. Bar No. 272430
12275 El Camino Real, Suite 200,
San Diego, California  92130
Telephone:  (858) 720-8900
Facsimile:  (858) 509-3691
Email:    ddunwoody@sheppardmullin.com
          spearce@sheppardmullin.com

P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067
Telephone:  (310) 228-3700
Facsimile:  (310) 229-3701
Email:    ccardon@sheppardmullin.com
          baigboboh@sheppardmullin.com

Attorneys for Defendant NORDSTROM, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRANCA, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      vs.<br><br>NORDSTROM, INC.,<br><br>             Defendant. | Case No.: 3:14-cv-02062-MMA-AGS<br><br>**DECLARATION OF P. CRAIG CARDON IN SUPPORT OF DEFENDANT NORDSTROM, INC.'S FEE STATEMENT** |

## DECLARATION OF P. CRAIG CARDON

I, P. Craig Cardon, declare as follows:

1. I am an attorney at Sheppard, Mullin, Richter & Hampton LLP, counsel for Defendant Nordstrom, Inc. ("Nordstrom") in the above entitled matter. I have personal knowledge of the facts stated in this declaration, and if sworn as a witness, could and would testify as to these facts.

2. I have been practicing as a litigator in California since 1993, and my hourly rate for this matter is $715.50.

3. I spent 2.6 hours on motion to compel briefing, which included advising upon and reviewing the briefs, for a total of $1,860.30.

4. I spent 0.5 hour on the motion to compel hearing, which included conferring with Ms. Pearce regarding preparation for the hearing, for a total of $357.75.

5. I spent a total of 3.1 hours on both activities, for a grand total of $2,218.05.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 21, 2017

By  */s/ P. Craig Cardon*
    P. Craig Cardon