**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI, California Bar No. 181547
JEFFREY D. KALIEL, California Bar No. 238293
hzavareei@tzlegal.com
jkaliel@tzlegal.com
2000 L Street, NW
Suite 808
Washington, DC 20036
Telephone (202) 973-0900
Facsimile (202) 973-0950

**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
JEFFREY M. OSTROW, Florida Bar No. 121452
SCOTT A. EDELSBERG, Florida Bar No. 0100537
ostrow@kolawyers.com
edelsber@kolawyers.com
One West Las Olas, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRANCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC.,<br><br>Defendant. | Case No. 3:14-cv-02062-MMA<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS SERVED ON CITIBANK, N.A.** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT Plaintiff Kevin Branca hereby withdraws his Motion to Quash Subpoena to Produce Documents Served on Citibank, N.A. (D.E. 88), which was set for hearing on August 9, 2017 at 4:00 PM before the Honorable Andrew G. Schopler.

| | | |
|---|---|---|
| DATED: June 14, 2017 | | Respectfully submitted, |
| | By: | */s/ Scott A. Edelsberg* |
| | | Scott A. Edelsberg |
| | | Attorneys for Plaintiff |

**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI, California Bar No. 181547
hzavareei@tzlegal.com
JEFFREY D. KALIEL, California Bar No. 238293
jkaliel@tzlegal.com
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone (202) 973-0900
Facsimile (202) 973-0950

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
JEFFREY M. OSTROW, Florida Bar No. 121452
ostrow@kolawyers.com
SCOTT A. EDELSBERG, Florida Bar No. 0100537
edelsberg@kolawyers.com
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
(*Admitted Pro Hac Vice*)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on July 26, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

By: */s/ Scott A. Edelsberg*
Scott A. Edelsberg