```
TYCKO & ZAVAREEI LLP
HASSAN A. ZAVAREEI, Cal. Bar No. 181547
JEFFREY D. KALIEL, Cal. Bar. No. 238293
hzavareei@tzlegal.com
jkaliel@tzlegal.com
2000 L Street, NW, Suite 808
Washington, DC 20038
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
JEFFREY M. OSTROW, Florida Bar No. 121452
SCOTT A. EDELSBERG, Florida Bar No. 0100537
ostrow@kolawyers.com
edelsberg@kolawyers.com
One West Las Olas, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 535-4300
```

Attorneys for Plaintiff KEVIN BRANCA

```
SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
DANA J. DUNWOODY, Cal. Bar No. 119696
SHANNA M. PEARCE, Cal. Bar No. 272430
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:   (858) 720-8900
Facsimile:   (858) 509-3691
Email:        ddunwoody@sheppardmullin.com
              spearce@sheppardmullin.com
P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067
Telephone:   (310) 228-3700
Facsimile:   (310) 229-3701
Email:        ccardon@sheppardmullin.com
              baigboboh@sheppardmullin.com
```

Attorneys for Defendant NORDSTROM, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRANCA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br>NORDSTROM, INC.,<br>　　　　　Defendant. | Case No. 3:14-cv-02062-MMA-AGS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41)** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff Kevin Branca herein against Defendant Nordstrom, Inc. are hereby dismissed in their entirety with prejudice, each party to bear its own costs.

Dated:  September 7, 2017       SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                By     */s/ P. Craig Cardon*
                                       P. CRAIG CARDON
                                       Attorneys for Defendant
                                       NORDSTROM, INC.

Dated:  September 7, 2017       KOPELOWITZ OSTROW
                                FERGUSON WEISELBERG GILBERT

                                By     */s/ Jeffrey M. Ostrow*
                                       JEFFREY M. OSTROW
                                       Attorneys for Plaintiff
                                       KEVIN BRANCA

## FILER'S ATTESTATION

Pursuant to ECF Rule 2(f)(4), the filer of this document hereby attests that the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.