# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRANCA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 14cv2062-MMA (AGS)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>[Doc. No. 98] |

On September 7, 2017, the parties filed a joint stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Doc. No. 98. Good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action in its entirety. Each party must bear their own attorneys' fees and costs. The Clerk of Court is instructed to close the case.

　　**IT IS SO ORDERED**.

Dated: September 8, 2017

　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　United States District Judge